DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

YAHYA YACOUB,

Appellant,

v.

SALEH YACOUB,

Appellee.

No. 2D2025-0949

————————————————

February 27, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Christopher Nash, Judge.

Yahya Yacoub, pro se.

No appearance for Appellee.

BLACK, Judge.

Yahya Yacoub appeals from the circuit court's order granting Saleh Yacoub's motion to quash service of process, motion to vacate clerk's default, and motion for entry of order of dismissal and denying Yahya's motion to disqualify Saleh's counsel. We dismiss the appeal insofar as it challenges that part of the order granting the motion to vacate the clerk's

default.  *See Dawkins, Inc. v. Huff*, 836 So. 2d 1062, 1065 (Fla. 5th DCA 2003).  The order is otherwise affirmed.

Affirmed in part; dismissed in part.

NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.